NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001


UNITED STATES OF AMERICA


      vs.                                  Criminal Number


      (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.


I AM APPEARING IN THIS ACTION AS:    (Please check one)


☐ CJA        **X** RETAINED        ☐ FEDERAL PUBLIC DEFENDER


*Nicholas Smith*
_____
*(Signature)*


**PLEASE PRINT THE FOLLOWING INFORMATION:**


*(Attorney & Bar ID Number)*


*(Firm Name)*


*(Street Address)*


*(City)*        *(State)*        *(Zip)*


*(Telephone Number)*