**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN O'KELLY,<br><br>Defendant. | )<br>)<br>)  Case No. 1:23-cr-61-ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Defendant O'Kelly, by counsel, moves the Court to continue the status conference scheduled for November 3, 2023. O'Kelly's counsel is in trial in *United States v. Martinez*, *et al.*, 21-cr-392-RCL. The parties in that case expected trial to conclude earlier this week. However, after the Court set the November 3 conference date in this matter, the *Martinez* Court advised that it would not be able to hold trial on Wednesday, November 1. As a result, trial will likely conclude on Monday, November 6.

Accordingly, O'Kelly respectfully requests that the Court to continue the status conference until Thursday, November 9, at 10:00 a.m. The government does not oppose this motion and can accommodate that date and time, provided that O'Kelly does not object to an ends-of-justice exclusion of time under the Speedy Trial Act through November 9. O'Kelly does not object.

Dated: November 2, 2023                                Respectfully submitted,


                                                                /s/ Nicholas D. Smith
                                                                Nicholas D. Smith, D.C. Bar No. 1029802
                                                                1123 Broadway, Suite 909
                                                                New York, NY 10010
                                                                (917) 902-3869

nds@davidbsmithpllc.com
*Counsel to John O'Kelly*

**<u>Certificate of Service</u>**

I hereby certify that on the 2d day of November, 2023, I filed the foregoing filing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com