**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. Case No. 23-cr-61-ABJ |
| JOHN O'KELLY, | |
| Defendant. | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully requests permission to withdraw as counsel to Defendant O'Kelly, due to irreconcilable differences between counsel and the defendant. O'Kelly has no objection to the motion. At the current time, O'Kelly intends to proceed pro se.

Dated: April 1, 2024          Respectfully submitted,

<pre>
                              /s/ Nicholas D. Smith
                              Nicholas D. Smith (D.C. Bar No. 1029802)
                              1123 Broadway, Suite 909
                              New York, NY 10010
                              Phone: (917) 902-3869
                              nds@davidbsmithpllc.com

                              Counsel for John O'Kelly
</pre>

1

**Certificate of Service**

I hereby certify that on the 1st day of April, 2024, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com
