# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. Case No. 23-cr-61-ABJ |
| JOHN O'KELLY, | |
| Defendant. | |

### RESPONSE TO THE COURT'S ORDER DATED APRIL 2, 2024

On April 1, undersigned counsel moved the Court for permission to withdraw as counsel to Defendant O'Kelly, due to irreconcilable differences between counsel and the defendant (the "Motion"). Counsel noted that O'Kelly has no objection to the Motion. ECF 42, p. 1.

On April 2, the Court entered the following minute order:

While the [42] Motion to Withdraw states that it is being filed at the defendant's behest, it does not inform the Court whether it was served upon the defendant personally or at his last known address. Therefore, counsel must inform the Court in writing by April 19 that the notice required by Rule 44.5(d) has been provided. If the defendant objects to the motion [42], he must inform the Court by April 23, 2024. Otherwise, the defendant must either have new counsel enter an appearance or docket a statement indicating that he wishes to proceed pro se by April 23, 2024. If defendant is seeking court appointed counsel, he must submit a financial eligibility affidavit (Form CJA 23). Counsel is further ordered, then, to provide a copy of this order to the defendant, and to inform the Court that he has done so by April 19. The Clerk of the Court will provide this form to defense counsel by email. SO ORDERED. Signed by Judge Amy Berman Jackson on 4/2/2024.

Counsel served the Motion on O'Kelly, personally, on April 1. At that point, having reviewed the document, O'Kelly advised counsel that he has no objection to the Motion, as the filing indicated. On April 2, counsel served a copy of the Court's Minute Order on O'Kelly, personally. As the Motion stated, O'Kelly wishes to proceed pro se. He is now in receipt of the Court's Order directing him to docket a statement reflecting that intention.

1

Dated: April 3, 2024                              Respectfully submitted,

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com

*Counsel for John O'Kelly*

## Certificate of Service

I hereby certify that on the 3rd day of April, 2024, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

*/s/ Nicholas D. Smith*
Nicholas D. Smith (D.C. Bar No. 1029802)
1123 Broadway, Suite 909
New York, NY 10010
Phone: (917) 902-3869
nds@davidbsmithpllc.com