UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-61 (ABJ) |
| v. : | |
| : | |
| JOHN O'KELLY, : | |
| : | |
| Defendant. : | |

**MOTION TO SUSPEND TRIAL DEADLINES**

The United States, through undersigned counsel, hereby requests the Court suspend trial deadlines pending the outcome of the status conference scheduled for May 24, 2024, by the Court's recent Order, ECF No. 44.

On April 1, 2024, defense counsel filed a motion to withdraw, citing irreconcilable differences between counsel and the defendant and indicating that the defendant intends to proceed pro se. ECF No. 42 at 1. On April 2, 2024, the Court issued a Minute Order directing defense counsel to comply with Rule 44.5(d) and directing the defendant to, by April 23, 2024, docket a statement indicating that he wishes to proceed pro se.  On April 3, 2024, defense counsel filed a response to the Court's order, indicating steps that were taken to provide the defendant with notice of the motion to withdraw and representing, again, that the defendant intends to proceed in this case pro se.

On April 21, 2024, the defendant emailed government counsel directly, representing that he is proceeding pro se and attaching copies of two pretrial motions written by the defendant. The defendant also indicated that he intends to seek a continuance of the currently-scheduled June 17, 2024 trial date.

As has been noted by the Court, ECF No. 44 at 2, a statement regarding Mr. O'Kelly's

intent to proceed pro se has yet to be filed and/or docketed, although the April 23, 2024, deadline has passed.

Because all other indications reflect the defendant's desire to proceed pro se, the Court's recent Order granted the pending motion to withdraw and scheduled a status conference on May 24, 2024, at 9:30 a.m. The Court scheduled the hearing to conduct a *Faretta* inquiry and "establish a schedule for further proceedings." *Id.*

Given recent developments—that (1) the Court has endeavored to arrange "to have an attorney present who is prepared to undertake [ ] representation . . . , or to serve as standby counsel if it is determined that the defendant may proceed pro se; (2) the defendant has directly indicated to the government that he intends to seek a continuance of the trial date;[1] and (3) the Court alluded to "establish[ing] a schedule for further proceedings[]" at the May 24, 2024 *Faretta* hearing—the government requests the Court suspend all remaining trial-related deadlines, particularly the upcoming April 29, 2024 deadlines. While the government is prepared to adhere to the upcoming deadlines, resetting them once the Court has conducted the *Faretta* inquiry will ensure that all applicable pretrial negotiations, submissions, and disclosures are made appropriately.

                                        Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar Number 481052

---

[1] The government does not intend to oppose any reasonable request for a modest continuance of the trial date the defendant may promptly make.

By: */s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
D.C. Bar No. 1601102
601 D Street, NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7035

/s/ *Monika (Isia) Jasiewicz*
MONIKA (ISIA) JASIEWICZ
Assistant United States Attorney
DC Bar No. 1024941
601 D Street NW
Washington, DC 20530
isia.jasiewicz@usdoj.gov
(202) 714-6446